

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-14-00206-CV

**PMSALS 1, LLC,**
Appellant

v.

**ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP** and Jonathan Starr,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17620
Honorable Olin B. Strauss, Judge Presiding

## O R D E R

      The trial court clerk has filed a notification of late record stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

                                                   _Catherine Stone_
                                                   Catherine Stone, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2014.

                                                   _____
                                            Keith E. Hottle
                                            Clerk of Court